732

## Commonwealth ex rel. Kravitz v. Kravitz, Appellant.

Argued September 14, 1972. *Morris Passon*, with him *Leon H. Fox, Jr.*, and *Joseph Passon*, for appellant; *Gene Locks*, with him *Lawrence F. Flick*, and *Greitzer & Locks*, for appellee.

Order affirmed; reargument refused November 20, 1972.

## Commonwealth ex rel. Maloney v. Maloney, Appellant.

Argued September 12, 1972. *T. Kelly*, with him *W. Donald Sparks*, and *Eckell, Sparks, Vadino, Auerbach & Monte*, for appellant; *Charles C. Keeler*, with him *Fronefield, deFuria and Petrikin*, for appellee.

Order affirmed.

## Commonwealth ex rel. Rosciola, Appellant, v. Frame.

Submitted September 11, 1972. *John R. Merrick*, Public Defender, for appellant; *Robert S. Gawthrop, III*, Assistant District Attorney, and *William H. Lamb*, District Attorney, for appellee.

Order affirmed.